UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRANDON PRICE, et al.,<br><br>　　　　　Respondents. | No. 1:17-cv-01739-DAD-SKO HC<br><br>**ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME**<br><br>**(Doc. 16)** |

　　　　On May 8, 2018, Respondent filed an *ex parte* motion for a 31-day extension of time to file a response to the petition for writ of habeas corpus. By declaration, Respondent's counsel states that due to the press of business, counsel requires additional time to prepare a response.

　　　　Good cause having been shown, the Court hereby ORDERS that the time for Respondent to answer the petition in the above-captioned case shall be extended to June 11, 2018.

IT IS SO ORDERED.

Dated: __**May 8, 2018**__　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1